UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **GINGER TYRKA,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 5:17-cv-00956 |
| **GFPI, LLC** *doing business as* **GUICE PHARMACY,** | } |
| **Defendant.** | } |

# FINAL ORDER

Consistent with the text order in which the Court approved the parties' settlement of this FLSA action, (Doc. 17), the Court dismisses this action with prejudice. The Court directs the Clerk of Court to please close the file.

**DONE** and **ORDERED** this January 8, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE